FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY -7 2015

CLERK____S. P____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE:                           )
                                 )
CIVIL CASE REASSIGNMENTS         )   MISC. 415-6
                                 )
SAVANNAH DIVISION                )

## O R D E R

All pending civil cases filed in the Savannah Division of this Court, as set forth on the attached list, were previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that those cases on the attached list with an ODD case number are reassigned to the Honorable J. Randal Hall for further plenary disposition. Those cases with an EVEN case number are reassigned to the Honorable Lisa Godbey Wood for further plenary disposition. The Clerk is directed to place this order in the record of each reassigned case.

SO ORDERED, this ___7___ day of May, 2015.

Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia

| Case Number/ Title |
|---|
| 4:12-cv-00233-BAE-GRS<br>Brown et al v. True & Associates, LTD et al |
| 4:12-cv-00251-BAE-RSB<br>Murdock v. United States of America |
| 4:13-cv-00060-BAE-GRS<br>Lowcountry Marine Salvage, LLC v. Unidentified Shipwrecked Vessel or Vessels |
| 4:13-cv-00099-BAE-GRS<br>Federal Deposit Insurance Corporation v. Cobalt Partners, LLC et al |
| 4:13-cv-00234-BAE-GRS<br>United States Of America v. Canon, All In One Printer, Model, PIXIVA MX459, SN: LWYA49671 et al |
| 4:13-cv-00240-BAE-GRS<br>Gettis v. Ascent Hospitality Management CO. et al |
| 4:13-cv-00276-BAE-GRS<br>Crowder v. I-Screm, LLC |
| 4:13-mc-00012-BAE-GRS |
| 4:13-mc-00021-BAE-GRS |
| 4:13-mc-00024-BAE<br>Federal Trade Commission v. IAB Marketing Associated, LP et al |
| 4:14-cv-00003-BAE-GRS<br>Tuten v. Target Corporation et al |
| 4:14-cv-00006-BAE-GRS<br>Allen v. Perry |
| 4:14-cv-00030-BAE-GRS<br>Martin v. Coastal Floor Covering, Inc. et al |

| Case Number | Case Name |
|---|---|
| 4:14-cv-00036-BAE-GRS | Bowser v. Colvin |
| 4:14-cv-00054-BAE-GRS | Ellison v. Colvin |
| 4:14-cv-00060-BAE-GRS | Holland v. Distribution Services International, Inc |
| 4:14-cv-00075-BAE-GRS | Bartels v. Southern Motors of Savannah, Inc. |
| 4:14-cv-00081-BAE-GRS | Marshall v. Colvin |
| 4:14-cv-00083-BAE-GRS | Bostic v. Lauragina Professional Transport, LLC et al |
| 4:14-cv-00108-BAE-GRS | Parrish v. Colvin |
| 4:14-cv-00132-BAE-GRS | Grant v. Target Corporation |
| 4:14-cv-00135-BAE-GRS | Main Street America Assurance Co. v. Deen et al |
| 4:14-cv-00138-BAE-GRS | Robider v. PepsiCo Bottling Group |
| 4:14-cv-00180-BAE-GRS | Bank of the Ozarks v. Flake |
| 4:14-cv-00192-BAE-GRS | Black v. Colvin |
| 4:14-cv-00195-BAE-GRS | Jackson v. Evergreen Rehabilitation, LLC et al |
| 4:14-cv-00198-BAE | Bradley, Jr. v. United States of America |
| 4:14-cv-00213-BAE-GRS | Watson v. Colvin |
| 4:14-cv-00216-BAE-GRS | United States of America v. One 2014 Mercedes Benz SGE AMG, |

| | |
|---|---|
| 4:14-cv-00222-BAE-GRS | The Cincinnati Insuance Company v. Thunderbolt Harbour Phase II Condominium Association, Inc. |
| 4:14-cv-00228-BAE-GRS | Johnson v. Lawton et al |
| 4:14-cv-00234-BAE-GRS | Law v. International Paper Company |
| 4:14-cv-00237-BAE-GRS | Moore v. PNC Bank, National Association et al |
| 4:14-cv-00242-BAE-GRS | Keye v. Perry et al |
| 4:14-cv-00251-BAE-GRS | Barrow v. Federal Emergency Management Agency |
| 4:14-cv-00254-BAE-GRS | Colonial Life & Accident Insurance Company v. Robbins et al |
| 4:14-cv-00260-BAE-GRS | Mcnatt Jr. v. Bryan County Jail |
| 4:14-cv-00264-BAE-GRS | Chalmers v. Dernard et al |
| 4:14-cv-00266-BAE-GRS | Ingram v. State of Georgia et al |
| 4:14-cv-00278-BAE-GRS | Anderson v. AIG Life and Retirement |
| 4:14-cv-00281-BAE-GRS | Ketchup v. Savannah-Chatham County Public School System |
| 4:14-cv-00284-BAE-GRS | Stewart v. Crumsley et al |
| 4:14-mc-00005-BAE *SEALED* | |
| 4:14-mc-00010-BAE | Crescent Resources Litigation Trust v. Indigo Forestry, Golf & Grading, Inc. |

| |
|---|
| 4:15-cv-00004-BAE-GRS<br>Campbell v. Martin |
| 4:15-cv-00013-BAE-GRS<br>Gay v. Tristar Products, Inc. |
| 4:15-cv-00016-BAE-GRS<br>Gaddy v. United States of America |
| 4:15-cv-00019-BAE-GRS<br>Washington v. Holt |
| 4:15-cv-00022-BAE-GRS<br>Akins v. State of Georgia |
| 4:15-cv-00025-BAE-GRS<br>United States of America v. 3,618 Lamps and Lighting Fixtures |
| 4:15-cv-00028-BAE-GRS<br>Massey v. Heap |
| 4:15-cv-00034-BAE-GRS<br>Grant et al v. Madison-Swift LLC |
| 4:15-cv-00037-BAE-GRS<br>Williams v. Harley et al |
| 4:15-cv-00040-BAE-GRS<br>Young v. Heap et al |
| 4:15-cv-00043-BAE-GRS<br>Dawkins v. J.C. Lewis Primary Health Care et al |
| 4:15-cv-00046-BAE-GRS<br>Larry IV v. Abrams et al |
| 4:15-cv-00049-BAE-GRS<br>Parker v. Maclean et al |
| 4:15-cv-00052-BAE-GRS<br>Brown v. Thomas et al |
| 4:15-cv-00055-BAE-GRS<br>Murray v. Holloway Credit Solutions, LLC |

| | |
|---|---|
| 4:15-cv-00058-BAE-GRS<br>Lonon v. Thomas et al | |
| 4:15-cv-00061-BAE-GRS<br>Alexander v. State of Georgia | |
| 4:15-cv-00064-BAE-GRS<br>Thompson v. United States of America | |
| 4:15-cv-00067-BAE-GRS<br>Bell v. Anthem, Inc. et al | |
| 4:15-cv-00070-BAE-GRS<br>Gaines v. Bryan County Jail | |
| 4:15-cv-00073-BAE-GRS<br>Brinson v. Townsend et al | |
| 4:15-cv-00076-BAE-GRS<br>Roberts v. Owens | |
| 4:15-cv-00079-BAE-GRS<br>Jackson v. Grogan et al | |
| 4:15-cv-00082-BAE-GRS<br>White v. State of Georgia | |
| 4:15-cv-00085-BAE-GRS<br>Williams v. Ogeechee Judicial Circuit of Effingham County et al | |
| 4:15-cv-00088-BAE-GRS<br>PCH Mutual Insurance Company v. Shady Lane Care, Inc. et al | |
| 4:15-cv-00091-BAE-GRS<br>Alstyne v. St. Lawerence et al | |
| 4:15-cv-00094-BAE-GRS<br>Hurt v. State of Mississippi et al. | |
| 4:15-cv-00097-BAE-GRS<br>Middleton v. Martin et al | |
| 4:15-cv-00100-BAE-GRS<br>Hurt vs. The State of Florida | |
| 4:15-cv-00103-BAE-GRS<br>Evans v. Georgia Regional Hospital et al | |

| |
|---|
| 4:15-cv-00108-BAE-GRS<br>Crawford v. Colvin |
| 4:15-cv-00109-BAE-GRS<br>Shipman-Davis v. Savannah-Chatham County Public School System et al |
| 4:15-cv-00112-BAE-GRS<br>Mack et al v. United States of America |
| 4:15-cv-00116-BAE-GRS<br>LM Insurance Corporation v. Roof Crafters, Inc. et al |